IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re   Jeffrey B. Fragala

        Case No.     14-11084-RGM

Debtor        Chapter     13

## DEBTOR'S MOTION FOR APPROVAL OF MORTGAGE MODIFICATION

Jeffrey B. Fragala, Debtor herein, by counsel, pursuant to L.R. Bankr P. 6004-4 moves for approval of a mortgage modification agreement ("Modification") between Debtor Jeffrey B. Fragala and Nationstar Mortgage, LLC.

Debtor is before the court as a Chapter 13 debtor in this case. The case was filed March 25, 2014 as a chapter 13 case and no Chapter 13 plan has been confirmed yet.

Mr. Fragala has agreed to terms modifying the mortgage on real property that has vested in the debtors and requests the Court approve the agreement on the following terms.

Pursuant to Local Rule 6004-4 Notice is given of the following terms and conditions of the Modification: (UPB=Unpaid Principal Balance)

| Existing Mortgage | | Modified Mortgage | |
|---|---|---|---|
| | | | |
| Current UPB | $378,176.14 | Modified UPB | $411,474.31 |
| Current Maturity Date | 12/1/2040 | Modified Maturity Date | 9/1/2054 |
| Current Term | 30 years | Modified Term | 40 years |
| Current Payment Due Date | 1st of month | Modified Due Date | 1st of month |
| Current P&I | $2159.12 | Modified P&I | $2052.72 |
| Current Interest Rate | 5.250% | Modified Interest Rate | 5.250% |

| Years | Interest Rate | Interest Rate Date Change | Monthly Principle and Interest Payment | Monthly Escrow Payment Amount | Total Monthly Payment | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| **1-40** | **5.250%** | **08/01/2014** | **$2,052.72** | **$598.35** May adjust periodically | **$2651.07** May adjust periodically | **09/01/2014** | **480** |

The new loan capitalizes all arrearages.

Debtor has filed an amended Chapter 13 Plan predicated on this mortgage modification.

WHEREFORE Debtor prays that the Court approve the mortgage modification and for such further relief as the court deem just.

        Respectfully submitted,
        JEFFREY B. FRAGALA

        By Counsel

_/s/ Lois Ilaine Upton____
Lois Ilaine Upton VSB 31153
Robert A. Ades & Associates, PC
5419-B Backlick Road
Springfield, Virginia 22151
(703) 642-9500 (phone)
(703) 750-0963 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion was served via first class mail, postage prepaid, on August 19, 2014, on:

Thomas P. Gorman, Esq.
Chapter 13 Trustee
300 N. Washington Suite 400
Alexandria, VA 22314

Nationstar Mortgage LLC
R/A CORPORATION SERVICE COMPANY
Bank of America Center, 16th Floor
1111 East Main Street
RICHMOND VA 23219

James Collins, Esq.
Morris|Hardwick|Schneider, LLC
22375 Broderick Drive Suite 260
Dulles, VA 20166

                                      _/s/ Lois Ilaine Upton_____
                                      Lois Ilaine Upton