**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of: | Chapter 13 |
| JEFFREY B FRAGALA | |
| Debtor | Case No. 14-11084-RGM |

**TRUSTEE'S RESPONSE TO MOTION FOR APPROVAL**
**OF MORTGAGE MODIFICATION**

Thomas P. Gorman, Chapter 13 Trustee, does not oppose the Motion for Approval of Mortgage Modification provided that any mortgage arrearage claim is withdrawn since it is being capitalized under the modified loan.


Date: __August 20, 2014_____         __/s/ Thomas P. Gorman _____
                                          Thomas P. Gorman
                                          Chapter 13 Trustee
                                          300 N. Washington Street, #400
                                          Alexandria, VA 22314
                                          (703) 836-2226
                                          VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of August, 2014, served via ECF to authorized users or mailed a true copy of the foregoing Response to the following parties.

| | |
|---|---|
| Jeffrey B Fragala | Lois Ilaine Upton |
| Chapter 13 Debtor | Attorney for Debtor |
| 43450 Randfield Lane | 5419B Backlick Road |
| South Riding, VA 20152 | Springfield, VA 22151-5118 |

                                          __/s/ Thomas P. Gorman_____
                                          Thomas P. Gorman