IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re   Jeffrey B. Fragala

|  |  |  |
|---|---|---|
| | Case No. | 14-11084-RGM |
| Debtor | Chapter | 13 |

### ORDER APPROVING MOTION FOR LOAN MODIFICATION

Jeffrey B. Fragala, Debtor herein, is before the Court on a motion for approval of a

mortgage modification agreement between Debtor and Nationstar Mortgage, LLC.

The parties having agreed to terms modifying the mortgage on real property that

has vested in the debtors (the debtors' principal personal residence) and good cause being

shown therefor, it is hereby

ORDERED that Jeffrey B. Fragala and Nationstar Mortgage, LLC. be permitted to

modify the existing mortgage agreement on the property located at 43450 Randfield Lane,

South Riding, VA 20152, with the following terms:

Pursuant to Local Rule 6004-4 Notice is given of the following terms and
conditions of the Modification: (UPB=Unpaid Principal Balance)

| Existing Mortgage | | Modified Mortgage | |
|---|---|---|---|
| | | | |
| Current UPB | $378,176.14 | Modified UPB | $411,474.31 |
| Current Maturity Date | 12/1/2040 | Modified Maturity Date | 9/1/2054 |
| Current Term | 30 years | Modified Term | 40 years |
| Current Payment Due Date | 1st of month | Modified Due Date | 1st of month |
| Current P&I | $2159.12 | Modified P&I | $2052.72 |
| Current Interest Rate | 5.250% | Modified Interest Rate | 5.250% |

| Years | Interest Rate | Interest Rate Date Change | Monthly Principle and Interest Payment | Monthly Escrow Payment Amount | Total Monthly Payment | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 1-40 | 5.250% | 08/01/2014 | $2,052.72 | $598.35 May adjust periodically | $2651.07 May adjust periodically | 09/01/2014 | 480 |

The modified mortgage capitalizes arrearages accrued.

Any claim for arrearages is waived upon entry of this order, and trustee shall be under no further duty to make payment on account of that claim.

The Clerk's office is directed to send a copy of this order to all parties in interest.

Date __Sep 29 2014_____                    /s/ Robert G Mayer
_____                                    _____
                                                Robert G. Mayer, Judge

                                    Entered on Docket:__September 30, 2014_____

I ASK FOR THIS:

ROBERT A. ADES & ASSOCIATES, P.C.
_/s/ _Lois Ilaine Upton_____
Lois Ilaine Upton, VSB # 31153
5419B Backlick Road
Springfield VA 22151
(703) 642-9500 (phone)
(703) 750-0963 (fax)

SEEN:

_/s/ Thomas P. Gorman_____
Thomas P. Gorman, Esq.
Chapter 13 Trustee
300 N. Washington Suite 400
Alexandria, VA 22314

                        Local Rule 9022-1(C) Certification

The foregoing order was endorsed by and/or served on all necessary parties pursuant to Local Rule 9022-1(C).

                        _____/s/ Lois Ilaine Upton_____

Lois Ilaine Upton

Copies to:

Thomas P. Gorman, Esq.
Chapter 13 Trustee
300 N. Washington Suite 400
Alexandria, VA 22314

Lois Ilaine Upton
Robert A. Ades & Assoc.
5419B Backlick Road
Springfield VA 22151

Nationstar Mortgage LLC
R/A CORPORATION SERVICE COMPANY
Bank of America Center, 16th Floor
1111 East Main Street
RICHMOND VA 23219

James Collins, Esq.
Morris|Hardwick|Schneider, LLC
22375 Broderick Drive Suite 260
Dulles, VA 20166

Jeffrey Fragala
43450 Randfield Lane
South Riding, VA 20152